*E-FILED: July 10, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation, <br><br> Plaintiff, <br> v. <br><br> S.G.S. RECYCLING ENTERPRISES, INC., a California corporation; STANLEY G. SILVA, JR., an individual, <br><br> Defendants. | No. C12-02286 HRL <br><br> **ORDER RE NOTICE OF SETTLEMENT** |

Plaintiff having advised that the parties have reached a settlement, the initial case management conference set for July 24, 2012 is vacated. No later than September 10, 2012, the parties shall file either (1) a stipulation for approval of consent agreement and dismissal of plaintiff's claims with prejudice or (2) a notice that the settlement is null and void.

SO ORDERED.

Dated: July 10, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1  5:12-cv-02286-HRL Notice has been electronically mailed to:

2  Andrew L. Packard     Andrew@packardlawoffices.com, Michael@packardlawoffices.com

3  Emily Jeanne Brand     emily@packardlawoffices.com

4  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.