**\*E-FILED: July 10, 2012\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation, | No. C12-02286 HRL |
| Plaintiff, | **ORDER RE NOTICE OF SETTLEMENT** |
| v. | |
| S.G.S. RECYCLING ENTERPRISES, INC., a California corporation; STANLEY G. SILVA, JR., an individual, | |
| Defendants. | |

Plaintiff having advised that the parties have reached a settlement, the initial case management conference set for July 24, 2012 is vacated. No later than September 10, 2012, the parties shall file either (1) a stipulation for approval of consent agreement and dismissal of plaintiff's claims with prejudice or (2) a notice that the settlement is null and void.

SO ORDERED.

Dated: July 10, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:12-cv-02286-HRL Notice has been electronically mailed to:

2  Andrew L. Packard     Andrew@packardlawoffices.com, Michael@packardlawoffices.com

3  Emily Jeanne Brand    emily@packardlawoffices.com

4  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

2