# [PROPOSED] ORDER

Good cause appearing, and the Parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendants S.G.S. RECYCLING ENTERPRISES, INC. and STANLEY G. SILVA, JR. as set forth in CSPA's 60-Day Notice Letter and Complaint filed in Case No. 5:12-CV-02286-LHK, are hereby dismissed with prejudice, each side to bear their own attorney fees and costs, except as provided for by the terms of the accompanying Settlement Agreement.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the Consent Agreement attached to the Parties' Stipulation to Dismiss (ECF No. 13) as Exhibit A.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

Dated: September 6, 2012

*Lucy H. Koh*

Lucy H. Koh
United States District Court Judge